### WESLEY S. SPEARS *v.* JOSEPH S. ELDER

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 280 (AC 30988), is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*William F. Gallagher*, in support of the petition.

*Wesley S. Spears*, pro se, in opposition.

Decided November 16, 2010

### GLENN S. JACKSON *v.* COMMISSIONER OF CORRECTION

The petitioner Glenn S. Jackson's petition for certification for appeal from the Appellate Court, 124 Conn. App. 903 (AC 31241), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

Decided November 16, 2010

### ARTHUR E. SCOTT, JR., EXECUTOR (ESTATE OF BARBARA H. SCOTT) *v.* MARK M. HEINONEN

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 905 (AC 31341), is denied.

*Mark M. Heinonen*, pro se, in support of the petition.

*John D. Tower*, in opposition.

Decided November 16, 2010